# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1118
_____

RUFUS CORDERO SMITH V,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

October 24, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rufus Cordero Smith V, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.